UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Azuriah Hoskins,

 Plaintiff,

   v.             Case No. 1:18cv305

Hamilton County Juvenile
Court, *et al.*,           Judge Michael R. Barrett

 Defendants.

## ORDER

 This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 15, 2018 (Doc. 18).

 Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 18) have been filed.

 Accordingly, it is **ORDERED** that the R&R (Doc. 18) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Hamilton County Commissioners' Motion to Dismiss (Doc. 9) is **GRANTED IN PART**. The claims against the Commissioners under 42 U.S.C. § 1983 are **DISMISSED** but dismissal of the claims brought under Ohio law are **DENIED**.

 **IT IS SO ORDERED.**

              *s/Michael R. Barrett*
              Michael R. Barrett, Judge
              United States District Court