# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| AZURIAH HOSKINS,<br>Plaintiff, | Case No. 1:18-cv-305<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| CORRECTIONAL OFFICER<br>PETERSON, et al.,<br>Defendants. | **ORDER** |

This matter is before the Court following a telephone status conference held on February 27, 2019 to resolve certain issues regarding public records requests, which were addressed at the prior status conference.

To the extent any party wishes to make a public records request, the party must make the request through Ohio Rev. Code § 149.43 to the public office or person responsible for public records. *See* Ohio Rev. Code § 149.43(B)(1). Public records requests cannot be directed to counsel in this case, and counsel have no obligation to ensure that a public office or person complies with a public records request made by opposing counsel. Further, the parties cannot seek records from an opposing party in this lawsuit while the stay of discovery is in effect. *See* Doc. 47.

**IT IS SO ORDERED.**

Date: 2/28/19

Karen L. Litkovitz, Magistrate Judge
United States District Court