UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Azuriah Hoskins,

    Plaintiff,

        v.                                    Case No. 1:18cv305

Hamilton County Juvenile Court, *et al.*,        Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 12, 2019 (Doc. 54).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 54) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 54) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Plaintiff's second Motion to Amend/Correct the Complaint (Doc. 33) is **DENIED;** defendant Williams' Motion for Judgment on the Pleadings (Doc. 21) is **GRANTED** and defendant Williams is dismissed from the lawsuit; defendant Hamilton County Commissioners' Motion to Dismiss the Amended Complaint (Doc. 30) is **GRANTED**

1

and the Commissioners are dismissed from the lawsuit; and plaintiff's Motion for Judgment on the pleadings (Doc. 38) is **DENIED.**

**IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett, Judge
                                            United States District Court