# UNITED STATES DISTRICT COURT
## SOUTHERN DISTICT OF OHIO
## WESTERN DIVISION

AZURIAH HOSKINS,
Plaintiff,

Case No. 1:18-cv-305
Cole, J.
Litkovitz, M.J.

vs.

CORRECTIONAL OFFICER
PETERSON, et. al.,
Defendants.

**ORDER**

This matter came before the Court for a telephone status conference on January 24, 2020. The parties represented to the Court that they wish to proceed to mediation. The calendar deadlines and dates are therefore **STAYED** pending mediation. If mediation is unsuccessful, the parties shall submit a proposed joint Calendar Order with revised dates to the Court for its approval.

**IT IS SO ORDERED**.

Date: 1/24/20

Karen L. Litkovitz
United States Magistrate Judge